IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

FLOYD M. THOMAS, JR.,                                    Plaintiff

v.                        5:09CV00319 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 15th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE