```
        IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  PINE BLUFF DIVISION
```

FLOYD M. THOMAS, JR.,                                    Plaintiff

v.                          5:09CV00319 JMM

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                 Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this <u>15th</u> day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE